AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

PAUL RECKTENWALD,

    Petitioner,    JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: 3:15-cv-00490-MMD-VPC

WARDEN LEGRAND, *et al.*,

    Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice as duplicative of the petition filed in case number 3:15-cv-00187-RCJ-VPC.
    **IT IS FURTHER ORDERED** that Petitioner is denied a certificate of appealability.

    April 27, 2016                    **LANCE S. WILSON**
                                              Clerk

                                              /s/ K. Rusin
                                              Deputy Clerk